| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Janice Lynn De La Vina |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Arizona |
| Case number | 21-02323 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1 2 9 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 7/20/2021 | (3) | $ 300.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 07/20/2021 | (5) | $ 950.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2  **Notice of Postpetition Mortgage Fees, Expenses, and Charges**  page **1**

Debtor 1 _____   Case number (*if known*) 21-02323
          First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jasmine K. Alves                          Date  11/19/2021
  Signature

Print:  Jasmine      K.       Alves              Title  BK Account Manager
        First Name   Middle Name   Last Name

Company  SN Servicing Corporation

Address  323 5th Street
         Number      Street
         Eureka                    CA    95501
         City                      State ZIP Code

Contact phone  800-603-0836                      Email  bknotices@snsc.com

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **2**

**ANDERSON VELA L.L.P**
**4920 WESTPORT DRIVE**
**THE COLONY, TEXAS 75056**

Jasmine A
Bungalow IV
7349

Tel: 214-276-1545
Fax: 214-276-1546

Tax ID:

DUE UPON RECEIPT

Kathy Watson
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

July 20, 2021
Invoice No: 45836

Regarding: Loan No                                    DeLaVina, Janice (BK)

*Legal Services Rendered*

|  |  |  | Charges |
|---|---|---|---|
| 6/04/2021 | REA | FLAT FEE FOR REVIEW OF LOAN DOCUMENTS AND DELINQUENCY STATEMENT AND THE PREPARATION AND FILING OF PROOF OF CLAIM WITH COURT AND TRUSTEE. | $950.00 |

Total Fees                $950.00

*Expenses*

| Description | Charges |
|---|---|
| Postage Expense | $3.20 |
| Pacer Charge | $10.00 |
| Mediation Fee | $300.00 |

Total Expenses           $313.20

**Total New Charges**                                                  **$1,263.20**

OK JP

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the 19th day of November 2021. Said document was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 031889
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Janice Lynn De La Vina
4401 E. Patricia Street  (Mailing)
Tucson, AZ 85712

DEBTOR'S ATTORNEY
Matthew Thomas Foley
Law Offices of Matthew Foley, PLC
4400 E. Broadway, Suite 811,
Tucson, AZ 85711

TRUSTEE
Dianne C. Kerns
31 N. 6th Avenue, #105-152
Tucson, AZ 85701

U.S. TRUSTEE
U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, TX 85003

CREDITOR ATTORNEY

/s/ Richard E. Anderson
RICHARD E. ANDERSON